

**BEVERLY CRUMLEY   HAYS COUNTY DISTRICT CLERK**
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666
512/393-7660

**FILED**

*December 1, 2015*

**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

To:   Jeffrey D. Kyle
      Clerk, Court of Appeals
      Third District of Texas
      P. O. Box 12547
      Austin, Texas  78711-2547


Re:   Appellate Court #03-15-00456-CR
      TC Cause # CR-09-0178
      Style:  State of Texas vs. Codus Oneill


Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on November 13, 2015.


Beverly Crumley
District Clerk, Hays County



By:_____
      Kathy Orlowski, Deputy